GRANT, and EDWIN GRAHN, Also Known as EDWIN GRANT, Defendants, Impleaded with GEORGE RETZ, Appellant.— Judgment as against defendant Retz unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

FULTON CRITERION CORPORATION, Appellant, v. JAMES V. CAMARDELLA, Respondent. (Appeal No. 1.) — Order denying motion to strike out answer affirmed, with ten dollars costs and disbursements. The answer raises issues which may be disposed of on the trial, when the validity and good faith thereof may be determined. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.

FULTON CRITERION CORPORATION, Appellant, v. JAMES V. CAMARDELLA, Respondent. (Appeal No. 2.) — Order denying plaintiff's motion for a preference affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.

ALOYSIUS R. GAFNEY, Appellant, v. NICHOLAS J. ESCHENBRENNER and Others, Respondents.— Order reversed on the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs; inspection to proceed on five days' notice. In our opinion, the record on this appeal shows sufficient facts to entitle the plaintiff to the discovery and inspection sought. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.

LAURETTA I. GERHARDT, Appellant, v. MANHATTAN BEACH PARK, INC., and MANHATTAN BEACH BATHING COMPANY, Respondents. PHILIP L. GERHARDT, Appellant, v. MANHATTAN BEACH PARK, INC., and MANHATTAN BEACH BATHING COMPANY, Respondents.— Order dismissing the complaints reversed on the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, upon condition that the plaintiffs stipulate that the actions be placed upon the day calendar of the Trial Term, Kings county, for May 2, 1932; otherwise, order affirmed, with ten dollars costs and disbursements. In our opinion, the plaintiffs have not unreasonably neglected to bring these actions to trial, and such delay as has ensued since the cases first appeared on the day calendar, was consented to by the defendants' attorney. Appeal from order denying motion for reargument dismissed. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.

INTERBOROUGH WOODWORKING CORPORATION, Appellant, v. HENRY MANDEL BUILDING Co., INC., and Another, Defendants, Impleaded with PROSNITZ-GLOVER Co., INC., and GLOBE INDEMNITY COMPANY, Respondents.— Order granting motion of defendants Prosnitz-Glover Co., Inc., and Globe Indemnity Company for cancellation of the bond given by Globe Indemnity Company to discharge mechanic's lien affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.

In the Matter of the Application of DANIEL G. ROSENBLATT, as Trustee of the Bankrupt Estate of MARION R. ALTENBERG, Respondent, for the Issuance of an Execution under Section 684 of the Civil Practice Act of the State of New York against the Income from Certain Trust Funds of Said MARION R. ALTENBERG in the Hands of MARCELLE J. KANE and MARION R. ALTENBERG, Trustees under the Last Will and Testament of JOSEPH R. ALTENBERG, Deceased, etc. MARION R. ALTENBERG, Appellant.— Order granting leave to reargue motion and on reargu-